**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>               **Plaintiff,**<br><br>     **v.**<br><br>**ERIC M. HILL,**<br><br>               **Defendants.** | Case No. 3:20-cv-536-KDB |

# FINAL JUDGMENT

AND NOW, this 8th day of August, 2022, upon consideration of the plaintiff U.S. Securities and Exchange Commission's (the "SEC") Unopposed Motion for Entry of a Final Judgment Without Imposition of a Civil Penalty, the Motion is **GRANTED**.

The Court entered a bifurcated judgment September 30, 2021 (Dkt. 8) (the "September 30, 2021 Judgement"), finding liability, and imposing certain sanctions, but contemplating a further action for the imposition of a civil penalty against defendant Eric Hill.  In light of the determination by the SEC not to seek a civil penalty, **the Court therefore enters this Final Judgment**, incorporating all provisions of the September 30, 2021 Judgment as if stated herein, but without the imposition of a civil penalty against defendant Eric Hill.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

There being no just reason for delay, the Clerk is ordered to enter this Final Judgment without further notice or proceedings.

Signed: August 8, 2022

Kenneth D. Bell
United States District Judge